FILED
CLERK, U.S. DISTRICT COURT
4/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:22-cr-00122-GW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1708: Possession of Stolen Mail] |
| RAYMOND LEE WAGNER, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1708]

On or about January 29, 2021, in Los Angeles County, within the Central District of California, defendant RAYMOND LEE WAGNER unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 66 pieces of mail and mail matter addressed to various individuals within Los

//

//

Angeles County and elsewhere, and at that time and place, defendant WAGNER knew said mail and mail matter were stolen.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANDREW M. ROACH
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section