FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Raymond Lee Wagner,<br><br>　　　　　Defendant. | Case No. 2:22-CR-122-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　On arrest warrant issued by the United States District Court for the ____CDCA____ involving alleged violations of conditions of probation/supervised release:

　　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　　A.　(✓) the appearance of defendant as required; and/or

　　　　　B.　(✓) the safety of any person or the community.

///
///
///
///
///

```
1    2.   The Court concludes:
2         A.   (✓) Defendant has failed to demonstrate by clear and
3                  convincing evidence that he is not likely to pose
4                  a risk to the safety of any other persons or the
5                  community.  Defendant poses a risk to the safety
6                  of other persons or the community based on:
7                  ____criminal history; instant allegations____
8                  _____
9                  _____
10                 _____
11                 _____
12        B.   (✗) Defendant has failed to demonstrate by clear and
13                 convincing evidence that he is not likely to flee
14                 if released.  Defendant poses a flight risk based
15                 on: ____criminal history; instant allegations____
16                 _____
17                 _____
18                 _____
19                 _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:   8/8/2024
24
25                              HONORABLE JACQUELINE CHOOLJIAN
                                United States Magistrate Judge
```